UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14015-CR-MARRA/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT SCOTT NELSON,

    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Report and Recommendation on Change of Plea issued by United States Magistrate Judge Frank J. Lynch, Jr. on October 31, 2014 [DE 26].

The Court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The Defendant is hereby adjudicated guilty and sentencing is set for Friday, February 13, 2015 at 10:00 a.m. in Ft. Pierce, Florida.

**DONE and ORDERED** in West Palm Beach, this 2nd day of February, 2015.

**KENNETH A. MARRA**
**UNITED STATES DISTRICT JUDGE**

cc:    All counsel